IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANTONIO E. AMADOR,<br><br>      Plaintiff<br><br>      v.<br><br>OFFICEMAX PUERTO RICO, INC., et al.,<br><br>      Defendants | CIVIL NO. 08-1579 (JP) |

**FINAL JUDGMENT**

    Before the Court is Defendant OfficeMax Puerto Rico, Inc.'s ("OfficeMax") motion seeking dismissal with prejudice of its cross-claims and third party complaint in this case pursuant to a settlement between the parties (**No. 196**).  Pursuant thereto, the Court **ENTERS JUDGMENT FOR OFFICEMAX** to have and recover the amount of **TWENTY THOUSAND DOLLARS ($20,000.00)** from Third Party Defendant Jaime Toro-Ramos, and **TEN THOUSAND DOLLARS ($10,000.00)** from Cross-Defendants Douglas Martí, Zaida Martí, and Rebecca Martí d/b/a Galería Doumar.  As a result of the settlement, OfficeMax voluntarily dismisses all of its claims against all Defendants and all claims that could emanate therefrom.  The Court will retain jurisdiction over enforcement of the settlement agreement between the

```
CIVIL NO. 08-1579 (JP)          -2-
```

aforesaid parties.  This Judgment is entered without the imposition of costs or attorney's fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 31st day of July, 2009.

s/Jaime Pieras, Jr.
JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE
